IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GAIL H. TIFT, <br><br> Defendant. | 8:18CR149 <br><br> MEMORANDUM <br> AND ORDER |

This matter is before the Court on defendant Gail H. Tift's ("Tift") *pro se* Motion for Appointment of Counsel for Sentence Reduction (Filing No. 116). On April 29, 2019, Tift was sentenced to 188 months for conspiracy to distribute and possession with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, in violation of 21 United States Code §§ 841(a)(1), (b)(1) and 846. Tift now claims that he participated in a proffer interview prior to sentencing, and he believes he should receive some sentence relief. He seeks "counsel to negotiate any sentence relief due him."

Given the nature of the relief sought (negotiation of a lower sentence) and the untimeliness of the request, Tift's Motion for Appointment of Counsel for Sentence Reduction (Filing No. 116) is denied.

Dated this 11th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge